**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Sierra R. and Ronald R., Defendants,

Of Whom Ronald R. is the Appellant,

In the interest of a minor under the age of 18.

Appellate Case No. 2012-205506

———————————

Appeal From Aiken County
Deborah Neese, Family Court Judge

———————————

Unpublished Opinion No. 2012-UP-400
Submitted June 1, 2012 – Filed July 11, 2012

———————————

**AFFIRMED**

———————————

Dorothy Holley Hogg, of Fulcher Hagler, LLP, of Augusta, Georgia, for Appellant.

Dennis M. Gmerek, of the South Carolina Department of Social Services, of Columbia, for Respondent.

Patrick McWilliams, of Aiken, Guardian ad Litem.

---

**PER CURIAM:** Ronald R. appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.